Paul Robeson Houses Associates, L.P., Petitioner-Landlord-Respondent, 
against
Esther Harris, Respondent-Tenant-Appellant, -and- Arkeem Spencer and Kawanda Spencer, Respondents-Tenants, -and- "John Doe" and Jane Doe," Respondents-Undertenants.



Tenant Esther Harris appeals from an order of the Civil Court of the City of New York, New York County (Phyllis K. Saxe, J.), dated September 22, 2016, which denied her motion to dismiss the petition in a holdover summary proceeding.




Per Curiam.
Order (Phyllis K. Saxe, J.), dated September 22, 2016, affirmed, with $10 costs.
The notice of termination served by landlord alleged that tenants and/or occupants engaged in drug related criminal activity in or on the premises in violation of paragraph 23(c)(3) of the governing lease agreement. Annexed to the notice and incorporated by reference therein was a letter to landlord from the District Attorney requesting the commencement of a holdover proceeding against tenant pursuant to RPAPL 711(5) and 715, and Real Property Law § 231, copies of these statutes, as well as copies of the search warrant, vouchers and laboratory reports - reflecting recovery of crack cocaine, drug distribution paraphernalia and ammunition from the apartment, and felony complaint charging tenant Kawanda Spencer with various drug and weapons charges. In such form, the termination notice, together with the documents incorporated therein, adequately set forth the factual and legal basis for the eviction, including tenant's breach of the lease and violation of the law, and was reasonable in view of the attendant circumstances (see Jewish Theol. Seminary of Am. v Fitzer, 258 AD2d 337, 337-338 [1999]; see also Oxford [*2]Towers Co., LLC v Leites, 41 AD3d 144 [2007]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 16, 2017